In the Matter of DOMENICK CRISPINO, Appellant, v GLENN S. GOORD, as Commissioner of Correctional Services, et al., Respondents.

Submitted August 14, 2006; decided October 17, 2006

Motion for leave to appeal dismissed upon the ground that the issues presented are moot. Motion for poor person relief dismissed as academic.

CHARLES A. D'AGOSTINO, JR., Appellant, v ROBERT S. FRANKLIN et al., Respondents.

Submitted July 24, 2006; decided October 17, 2006

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

RONALD M. LINDER, Appellant, v SANFORD DRANOFF et al., Respondents.

Submitted July 24, 2006; decided October 17, 2006

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).